UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOSE LUIS VALDOVINOS, | No. C 14-4506 LB |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | [Re: ECF No. 1] |
| J. LIZARRAGA, Warden, | |
| Respondent. | |

_____/

Petitioner, an inmate at Mule Creek State Prison in Amador County, California, filed this *pro se* action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his conviction from the Sacramento County Superior Court. The county in which he is confined and the county in which he was convicted are both located within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because petitioner was convicted in the Eastern District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: October 16, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-4506 LB
ORDER